1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
5  Attorneys for Plaintiff ORLANDO GARCIA

6

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

9  ORLANDO GARCIA,                ) Case No.: 2:21-CV-01473-JFW-MAA
                                  )
10         Plaintiff,              ) **NOTICE OF SETTLEMENT AND**
                                  ) **REQUEST TO VACATE ALL**
11     v.                         ) **CURRENTLY SET DATES**
                                  )
12 NUTRI STORES, INC., a California)
   Corporation; and Does 1-10,    )
13                                )
           Defendant.              )
14                                )
                                  )
15                                )

16     The plaintiff hereby notifies the court that a provisional settlement has been
17 reached in the above-captioned case. The Parties would like to avoid any additional
18 expenses while they focus efforts on finalizing the terms of the settlement and reducing
19 it to a writing.
20     The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21 dates with the expectation that the settlement will be consummated within the coming
22 sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all
23 parties to be filed.

24

25 Dated: April 1, 2021                    CENTER FOR DISABILITY ACCESS

26                                          By:    /s/Amanda Seabock
                                                  Amanda Seabock
27                                                Attorney for Plaintiff

28